# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA

## CIVIL RIGHTS COMPLAINT FORM FOR PRO SE, PRISONER LITIGANTS IN ACTIONS UNDER 28 U.S.C. § 1331 or § 1346 or 42 U.S.C. § 1983

Michael Mitchell,

Inmate ID Number: 050 1368737

_____,

*(Write the full name and inmate ID number of the Plaintiff.)*

Case No.: 3:21cv1044-LC-EMT
*(To be filled in by the Clerk's Office)*

v.

Escambia County Jail,

Escambia Board of comissioners

Escambia County Sheriff.,

*(Write the full name of each Defendant who is being sued. If the names of all the Defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**Jury Trial Requested?**
☐ YES   ☐ NO

_____/

FILED USDC FLND PN
SEP 20 '21 PM 3:16   GM

## I. PARTIES TO THIS COMPLAINT

A. Plaintiff

Plaintiff's Name: Michael Mitchell    ID Number: 050 1368737

List all other names by which you have been known: _____

Current Institution: Escambia County Jail
Address: P.O. Box 17800
Pensacola Fl. 32522

B. Defendant(s)

State the name of the Defendant, whether an individual, government agency, organization, or corporation. For individual Defendants, identify the person's official position or job title, and mailing address. Indicate the capacity in which the Defendant is being sued. Do this for *every* Defendant:

1. Defendant's Name: Escambia County Jail
   Official Position: Escambia County Jail
   Employed at: Escambia County Jail
   Mailing Address: P.O. Box 17800
   Pensacola Fl. 32522

   ☐ Sued in Individual Capacity    ☒ Sued in Official Capacity

2. Defendant's Name: Escambia Board of Commissioners

   Official Position: Escambia Board of Commissioners

   Employed at: Escambia Board of commissioners

   Mailing Address: 221 Palafox Pl.
   Pensacola, Fl. 32502

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

3. Defendant's Name: Escambia county Sheriff office

   Official Position: Escambia County Sheriff office

   Employed at: Escambia County Sheriff office

   Mailing Address: 1700 Leonard St
   Pensacola Fl. 32501

   ☐ Sued in Individual Capacity      ☒ Sued in Official Capacity

*(Provide this information for all additional Defendants in this case by attaching additional pages, as needed.)*

## II. BASIS FOR JURISDICTION

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution" and federal law. Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain Constitutional rights.

Are you bringing suit against (*check all that apply*):

☐ Federal Officials (*Bivens case*)     ☒ State/Local Officials (*§ 1983 case*)

## III. PRISONER STATUS

Indicate whether you are a prisoner, detainee, or in another confined status:

☒ Pretrial Detainee          ☐ Civilly Committed Detainee

☐ Convicted State Prisoner   ☐ Convicted Federal Prisoner

☐ Immigration Detainee       ☐ Other *(explain below)*:

_____

_____

## IV. STATEMENT OF FACTS

Provide a short and plain statement of the *facts* which show why you are entitled to relief. Describe how *each* Defendant was involved and what each person did, or did not do, in support of your claim. Identify when and where the events took place, and state how each Defendant caused you harm or violated federal law. Write each statement in short numbered paragraphs, limited as far as practicable to a single event or incident. ***Do not make legal argument, quote cases, cite to statutes, or reference a memorandum.*** You may make copies of the following page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages

should be attached.  *Facts not related to this same incident or issue must be addressed in a separate civil rights complaint.*

The shower backs up during a shower. The toilets put refuse from one toilet to the other. It takes 4-6 flushes to make it flush down. Been reported many times.

Covid quarantine doesn't seem to apply to Escambia County Jail. Inmate are classified in 2 days then moved to pod where inmates have been housed together for more than 2 weeks. Corrections officers not required to wear masks.

The law library is only available to those who go Pro-se.

**Statement of Facts Continued** *(Page 2 of 2)*

The Dental service at Escambia County Jail is dependant on outside help. Without which you will not have any dental help.

Medical Service is dependant on Sick calls. If nurse forgets to turn it in, you have to wait another 24 hours to turn another sick call in.

> **ATTENTION:** *The Prison Litigation Reform Act ("PLRA") does not permit awards for punitive or compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury or the commission of a sexual act . . . ." 42 U.S.C. § 1997e(e).*

## VII. EXHAUSTION OF ADMINISTRATIVE REMEDIES

The PLRA requires that prisoners exhaust all available administrative remedies *(grievance procedures)* before bringing a case. 42 U.S.C. § 1997e(a). **ATTENTION:** *If you did not exhaust available remedies prior to filing this case, this case may be dismissed.*

## VIII. PRIOR LITIGATION

> **ATTENTION:** *The "three strikes rule" of the PLRA bars a prisoner from bringing a case without full payment of the filing fee at the time of case initiation if the prisoner has "on three or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury." 28 U.S.C. § 1915(g).*

## V. STATEMENT OF CLAIMS

State what rights under the Constitution, laws, or treaties of the United States have been violated. Be specific. If more than one claim is asserted, number each separate claim and relate it to the facts alleged in Section III. If more than one Defendant is named, indicate which claim is presented against which Defendant.

The right to law library is not right. Medical attention is dependant on nurse nothing else. Dental help not existance

## VI. RELIEF REQUESTED

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/ statutes. If requesting money damages *(either actual or punitive damages)*, include the amount sought and explain the basis for the claims.

Punitive for mental anguish, housed where inmates test Positive for covid and placed in general population. Any and all relief that the court finds proper and just

NDFL Pro Se 14 (Rev 12/16) Civil Rights Complaint Prisoner
ClerkAdmin/Official/Forms

7

A. To the best of your knowledge, have you had any case dismissed for a reason listed in § 1915(g) which counts as a "strike"?

☐ YES  ☒ NO

If you answered yes, identify the case number, date of dismissal and court:

1. Date: _____ Case #: _____

   Court: _____

2. Date: _____ Case #: _____

   Court: _____

3. Date: _____ Case #: _____

   Court: _____

*(If necessary, list additional cases on an attached page)*

B. Have you filed other lawsuits in either ***state or federal court*** dealing with the same facts or issue involved in this case?

☐ YES  ☒ NO

If you answered yes, identify the case number, parties, date filed, result *(if not still pending)*, name of judge, and court for each case *(if more than one)*:

1. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

C. Have you filed any other lawsuit in federal court either challenging your conviction or otherwise relating to the conditions of your confinement?

☐ YES  ☒ NO

If you answered yes, identify all lawsuits:

1. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

2. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

3. Case #: _____ Parties: _____

Court: _____ Judge: _____

Date Filed: _____ Dismissal Date *(if not pending)*: _____

Reason: _____

4. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

5. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

6. Case #: _____ Parties: _____

   Court: _____ Judge: _____

   Date Filed: _____ Dismissal Date *(if not pending)*: _____

   Reason: _____

*(Attach additional pages as necessary to list all cases. **Failure to disclose all prior cases may result in the dismissal of this case.**)*

## IX. CERTIFICATION

I declare under penalty of perjury that the foregoing (including all continuation pages) is true and correct. Additionally, as required by Federal

Rule of Civil Procedure 11, I certify that to the best of my knowledge, information, and belief, this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a non-frivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to timely notify the Clerk's Office if there is any change to my mailing address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date: 9/14/21 Plaintiff's Signature: Michael W. Mitchell II

Printed Name of Plaintiff: Michael Willis Mitchell II

Correctional Institution: Escambia County Jail

Address: P.O. Box 17800
Pensacola Fl. 32522

**I certify and declare, under penalty of perjury, that this complaint was (*check one*) ☒ delivered to prison officials for mailing or ☐ deposited in**

the prison's mail system for mailing on the \_14\_ day of September, 20\_21\_.

Signature of Incarcerated Plaintiff: _____



Michael Mitchell
Esc County Jail
36-101-B
P.O. Box 17800
Pensacola, FL 32522

RECEIVED SEP 20 2021

U.S. Courthouse
1 N. Palafox St.
Pensacola, FL 32502-5665

Mailed From
Escambia County Jail
Dorm G